

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:            01-14-00179-CV

Trial Court Cause
Number:                  2012-07156

Style:                   Victor Kareh M.D.

                         **v.** Tracy Windrum, Individually, as Representative of the Estate of Lancer Windrum, and on Behalf of her Minor Children B.W., J.W., and H.W.

Date motion filed*:      January 9, 2015

Type of motion:          Motion for Extension of Time to File Reply Brief

Party filing motion:     Appellant

Document to be filed:    Reply Brief

Is appeal accelerated? ☐ Yes   ☒ No
If motion to extend time:

      Original due date:                          January 20, 2015

      Number of previous extensions granted:      1

      Date Requested:                             February 4, 2015

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: **February 4, 2015**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Evelyn V. Keyes
           ☒ Acting individually    ☐ Acting for the Court

Date: January 13, 2015